1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DAVID WILSON,

10            Plaintiff,                        No. CIV S-07-0500 MCE DAD P

11        vs.

12   M. MARTEL,

13            Defendant.                        <u>FINDINGS AND RECOMMENDATIONS</u>

14   _____/

15            On January 30, 2007, plaintiff commenced this civil rights action in the United

16   States District Court for the Northern District of California by filing a motion for leave to

17   proceed in forma pauperis.  The Clerk of the Court in the Northern District sent plaintiff a notice

18   informing him that he was required to file a complaint to proceed with the case and ordered him

19   to do so within the time allowed.  Upon receiving and reviewing the complaint, the Northern

20   District transferred the case to this court, which has proper venue.  In its transfer order, the court

21   noted that plaintiff had filed a previous case, naming the same defendants, which had also been

22   transferred to this court a week prior.  The court explained that the Clerk of the Court may have

23   opened this case as a separate case by mistake.

24            Upon review of plaintiff's complaint, the court finds that plaintiff names the same

25   ten defendants named in his complaint in Case No. Civ. S-07-0497 RRB CMK P.  Plaintiff has

26   not included specific allegations in his complaint in this case, and instead, he refers the court to

1

1  his "attached complaint."  Although there is no complaint attached to the filing, plaintiff's

2  references to pages three through sixteen for his statement of claim and pages seventeen through

3  twenty-one for his request for relief correspond directly to the appropriate pages in the complaint

4  in Case No. Civ. S-07-0497 RRB CMK P.  Based on the similarities of the complaints, the court

5  finds that this case is duplicative of Case No. Civ. S-07-0497 RRB CMK P.[1]  Due to the

6  duplicative nature of the present action, the court will recommend that this complaint be

7  dismissed.  If plaintiff desires additional relief from the defendants, he should seek leave to

8  amend his complaint in Case No. Civ. S-07-0497 RRB CMK P.

9         In accordance with the above, IT IS HEREBY RECOMMENDED that this action

10  be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

11         These findings and recommendations are submitted to the District Judge assigned

12  to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being

13  served with these findings and recommendations, plaintiff may file written objections with the

14  court.  The document should be captioned "Objections to Magistrate Judge's Findings and

15  Recommendations."  Plaintiff is advised that failure to file objections within the specified time

16  may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

17  Cir. 1991).

18  DATED: March 3, 2008.

19

20                     Dale A. Drozd

21                   DALE A. DROZD

                       UNITED STATES MAGISTRATE JUDGE

22  DAD:9
     wils0500.23

23

24

25

26    [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).